# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RIVERS END OUTFITTERS, LLC, et al.** | : | Civil Action No. 2:20-cv-2312 |
| | : | |
| *Plaintiffs*, | : | Section "E" (1) |
| | : | |
| v. | : | Judge Susie Morgan |
| | : | |
| **U.S. DEPARTMENT OF COMMERCE, et al.** | : | Magistrate Judge Janis van Meerveld |
| | : | |
| | : | |
| | : | |
| | : | Motion to Certify Class |
| *Defendants*. | : | (Oral Argument Requested) |

## MOTION OF PLAINTIFFS TO CERTIFY CLASS

**COME NOW,** the Plaintiffs, Captain Billy Wells and Mexican Gulf Shipping Company ("Mexican Gulf"), Captain Allen Walburn and A&B Charters, Inc. ("A&B"), Captain Kraig Dafcik, Captain Joseph Dobin and Captain Joey D. Charters ("Joey D. Charters"), Captain Frank Ventimiglia and Ventimiglia Charters, and Captain Jim Rinckey and Fishing Charters of Naples ("Fishing Charters"), and move this Court for an Order certifying a class of "Gulf For-hire vessel charter boat owners and operators who are permitted to fish by the Fishery Management Councils of the Gulf of Mexico and South Atlantic and are harmed by the Final Rule " which is the subject of the Complaint in this matter and numbering approximately !,298 individuals and corporations and appointing each of the Plaintiffs as class representatives and appointing New Civil Liberties Alliance, ("NCLA") it attorneys John J. Vecchione and Kara Rollins as class counsel.

This motion is opposed by Defendants and an accompanying Memorandum in Support of this motion with Declarations attached is submitted with this motion.

Dated: November 19, 2020  Respectfully submitted,

**GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC**

By: /s/
A. Gregory Grimsal (#06332)
Kristina M. Lagasse (#38310)
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
Email: ggrimsal@gamb.com
klagasse@gamb.com

**NEW CIVIL LIBERTIES ALLIANCE**

By: /s/ John J. Vecchione
John J. Vecchione
*Admitted pro hac vice*
Kara Rollins
*Admitted pro hac vice*
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Email: john.vecchione@ncla.legal
kara.rollins@ncla.legal

*Counsel for Plaintiffs*