Exhibit A-Declaration of Billy Wells

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RIVERS END OUTFITTERS, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *el al.*<br><br>    Defendants. | Case No. 2:20—cv-2312 |

### DECLARATION OF CAPTAIN BILLY WELLS

1. I, Plaintiff Billy Wells am over 18 years old and a resident of Louisiana.

2. I am part owner of Plaintiff MEXICAN GULF FISHING COMPANY ("Mexican Gulf") which is a limited liability company organized and operating under the laws of the State of Louisiana and operated by me out of Venice, Louisiana. It charters fishing trips for, primarily, yellow fin tuna but also billfish on the 42' catamaran *Wild Bill*. The *Wild Bill* can have 6 passengers.

3. I reside in Louisiana, and operate Mexican Gulf, and captains the *Wild Bill* on chartered fishing trips. We hold both Reef Fish and Pelagic permits from the federal government.

4. I also use the vessel for personal non-fishing trips. If the Gulf For-hire Reporting Amendment implemented by the Final Rule becomes effective, my own movements will be tracked by the government whenever I'm on the vessel. In addition, my and my company's proprietary business information such as suppliers used, movements when not fishing and other location-related information, including for sight-seeing, will be broadcast to the Defendants for no legitimate purpose. There is no prohibition I know of on Defendants sharing this information with other agencies, law enforcement or otherwise, without a warrant.

5. Under the Final Rule I will also have to purchase and maintain whatever equipment is ordered by the government and will have to contact the federal government every time I leave the dock whether I'm using the fishing permits or not.

6. I have been in the charter boat fishing business for over 15 years and my operation is typical of the type of charters available in the Gulf of Mexico.

7. I am willing and capable of helping to direct this litigation and represent the class of charter boat fishing operations holding the affected permits as I know how this rule will affect us and want to stop it.

8. My constitutional and other rights are affected the same way as other charter boat fishermen by the Final Rule. We all will be subject to purchasing the same kind of equipment and being tracked by the Government at all times we're on our boats.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 11/17/20

Billy Wells