Exhibit B-Declaration of Allen Walburn

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

RIVERS END OUTFITTERS, LLC, *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF COMMERCE, *el al.*

    Defendants.

Case No. 2:20—cv-2312

## DECLARATION OF CAPTAIN ALLEN WALBURN

1. I, Plaintiff CAPTAIN ALLEN WALBURN, am over the age of 18 and a resident of Florida.

2. I own and operate Plaintiff A&B Charters which is a corporation organized and operating under the laws of the State of Florida.

3. A&B Charters is a nearly life-long project for me. I founded it over 41 years ago, and it has always been headquartered in Naples, Florida. It owns and operates 3 commercial charter vessels each about 40-feet long , *A&B, Alabama,* and *All In*, which are federally permitted for commercial use, constructed to United States Coast Guard ("USCG") standards and specifications, and permitted to take up to 10 passengers in the federal waters of the Gulf of Mexico. We have permits for Reef Fish and Pelagic from the federal government. A&B Charters offers customers inshore fishing in Naples, sportfishing, and deep-sea fishing. Customers may also rent a vessel for sightseeing, swimming, or some other leisurely purposes in conjunction with fishing.

4. I use these vessels in the Gulf of Mexico. I use them not only as a business, but personally to take family and friends to dinner or on other non-fishing events. If the Gulf For-hire Reporting Amendment implemented by the Final Rule becomes effective, my own movements will be tracked by the government whenever I'm operating the vessel. In addition, my and my company's proprietary business information such as suppliers used, movements even when not fishing and other location-related information will be broadcast to the Defendants for no legitimate purpose. There is no prohibition as far as I know on Defendants sharing this information with other agencies, law enforcement or otherwise, without a warrant.

5. Under the Final Rule I will also have to purchase and maintain whatever equipment is ordered by the government, equipment I do not want, and will have to contact

the federal government every time I leave the dock whether I'm using the fishing permits or not.

6. In addition to my long experience in the Gulf Fisheries, I also operate boats in Alaska where the NOAA requirement is simply to have a paper logbook of locations where fishing occurs and fish is caught. Those logbooks are then countersigned by the charter customers. This method is both less intrusive, less expensive, and because of the counter-signature more reliable than the Defendants' Gulf For-hire Reporting Amendment and Final Rule.

7. I have been commenting and corresponding with NOAA since I first heard of these regulations and before I found any kind of representation for this suit. My operations are pretty typical of charter boat operations in the Gulf. We have three boats, and some have one and a few have more, but these are not huge commercial fishing vessels and we all fish the same permits and have the same rights under them.

8. I am very knowledgeable about all aspects of charter fishing in the Gulf and elsewhere in American waters. I want to use that knowledge to represent the class of Americans, primarily charter boats owners and operators with Reef and Pelagic permits operating in the Gulf of Mexico in this lawsuit.

9. I sought out New Civil Liberties Alliance, and have also worked to let charter boat captains know about this suit and their interests and I'm capable and willing to see this litigation through not only for myself but for the class of charter boat owners and operators with these permits.

10. I believe no American should have to be tracked all the time just because they have some kind of federal permit and I don't think the Government ought to be piling on unnecessary, unconstitutional, and intrusive costs on any American, not just me, just because they have a permit to fish.

11. I am willing and capable of helping to direct this litigation and represent the class of charter boat fishing operations holding the affected permits as I know how this rule will affect us and want to stop it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 11/16/2020

Allen Walburn