Exhibit C-Declaration of Kraig Dafcik

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RIVERS END OUTFITTERS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *el al.*<br><br>Defendants. | Case No. 2:20—cv-2312 |

### DECLARATION OF CAPTAIN KRAIG DAFCIK

1. I Plaintiff CAPTAIN KRAIG DAFCIK am over 18 years of age and a resident of Florida.

2. I am part owner of the *Alabama* (along with Plaintiff A&B Charters) that I captain through Alabama Fishing Charters, out of Port O Call Way, Naples, Florida. We have both Reef and Pelagic permits.

3. I take charters off-shore for pelagic and migratory fish species. In addition, I captain the *Alabama* on private non-fishing trips with my wife and family.

4. If the Gulf For-hire Reporting Amendment implemented by the Final Rule becomes effective, my own movements will be tracked by the government whenever I'm operating the vessel. In addition, my and my company's proprietary business information such as suppliers used, movements even when not fishing and other location-related information, including for sight-seeing, will be broadcast to the Defendants for no legitimate purpose.

5. As far as I know there is no prohibition on Defendants sharing this information with other agencies, law enforcement or otherwise, without a warrant.

6. We'll also all have to buy government equipment and call the government whenever we leave the dock for whatever reason, not just to go charter fishing.

7. I joined this suit because I'm a typical small charter operator and I don't want these onerous and unconstitutional regulations applied to me, or to anybody in the Gulf.

Page 1 of 2

8. I have operated a charter boat for more than 15 years and I am knowledgeable about the business, the Gulf and the imposition of these regulations on my life and the life of those like me who work on the water.

9. I'm willing and able to represent both my interests and those of the class of people like me. I am willing and capable of helping to direct this litigation and represent the class of charter boat fishing operations holding the affected permits as I know how this rule will affect us and want to stop it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: _11/16/20_     _Kraig Dafcik_ (signature)
                            Kraig Dafcik