Exhibit D-Declaration of Joey Dobin

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| RIVERS END OUTFITTERS, LLC, et al., | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 2:20—cv-2312 |
| U.S. DEPARTMENT OF COMMERCE, el al. | |
| Defendants. | |

DECLARATION OF CAPTAIN "JOEY" DOBIN

1. I CAPTAIN JOSEPH ("JOEY") DOBIN am a plaintiff in this action and over the age of 18.

2. I am a resident of Florida and own and operate Joey D. Charters. CAPTAIN JOEY D CHARTERS INC. ("Joey D Charters") is organized and operates under the laws of the State of Florida and is also headquartered in Naples.

3. I founded the company over 18 years ago and it now owns and operates four vessels, one of which is a 32-foot long vessel, *Still Dreamin*, which is federally permitted for commercial use, constructed to USCG standards and specifications, and permitted to take up to 6 passengers in the federal waters of the Gulf of Mexico. We have Reef Fish and Pelagic permits.

4. We offer fishing charters for inshore and deep-sea fishing. Customers may also rent a boat for both fishing and non-fishing purposes, for instance, sight-seeing.

5. I also use the *Still Dreamin* in the Gulf of Mexico both for fishing and non-fishing purposes. I am quite concerned, in addition, to the intrusiveness of these regulations that they will as a result of compliance costs cause me and others similarly situated to have to hire a certified technician, for unknown amounts, to install the VMS device and then pay a company approximately $75.00 per month as a user fee for monitoring and also unknown amounts for repairs.

6. Not only the unknown costs of the Final Rule but its intrusiveness affect me and all other charter fishermen in the Gulf. If the Gulf For-hire Reporting Amendment implemented by the Final Rule becomes effective, my own movements will be tracked by the government whenever I operate the vessel whether I'm charter fishing or not.

7. In addition, my and my company's proprietary business information, obtained by hard experience for almost 20 years, such as suppliers used, movements even when not fishing and other location-related information, including for sight-seeing, will be broadcast to the Defendants for no legitimate purpose. There is no prohibition as far as I know on Defendants sharing this information with other agencies, law enforcement or otherwise, without a warrant. Its also outrageous we have to call the government every time we leave the dock.

8. I joined this suit not only for myself but for others operating under these permits in the Gulf of Mexico.

9. We are all in the same boat as far as the effects they will have on us and I am willing and able to both direct the litigation with my long experience in this area but also

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 11/16/20

Joey Dobin  *[signature]*

Page 2 of 2