Exhibit E-Declaration of Frank Ventimiglia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RIVERS END OUTFITTERS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *el al.*<br><br>Defendants. | Case No. 2:20—cv-2312 |

## DECLARATION OF CAPTAIN FRANK VENTIMIGLIA

1. I Plaintiff CAPTAIN FRANK VENTIMIGLIA is a resident of Florida and over 18 years of age.

2. I own and operate Plaintiff VENTIMIGLIA LLC D/B/A SANIBEL OFFSHORE FISHING CHARTERS. ("Sanibel"). It is a single-member limited liability company organized and operating under the laws of the State of Florida and headquartered in Fort Myers, Florida.

3. I founded the company twenty years ago and have extensive experience in the Gulf of Mexico. We own and operate a 29-foot long vessel, *Miss Hayden*, which is federally permitted for commercial use, constructed to USCG standards and specifications, and permitted to take up to 6 passengers in the federal waters of the Gulf of Mexico. Sanibel offers customers inshore/bay and offshore/deep-sea fishing charters. Plaintiff primarily charters for grouper and snapper in the Gulf of Mexico off the coast of southwest Florida.

4. We have both a Reef Fish and Pelagic permit.

5. I take the vessel *Miss Hayden* out for voyages other than fishing. I am also the primary captain whose movements would be tracked by the government were the proposed rule go into effect. If the Gulf For-hire Reporting Amendment implemented by the Final Rule becomes effective, my own movements will be tracked by the government whenever I operate the vessel for whatever purpose. I also will have to buy the government's approved equipment.

Page 1 of 2

6. In addition, all my knowledge including my company's proprietary business information such as suppliers used, movements even when not fishing and other location-related information will be broadcast to the Defendants to no legitimate purpose. There is no prohibition on Defendants sharing this information with other agencies, law enforcement or otherwise, without a warrant as far as I can tell.

7. I also resent in the extreme having to call the government every time I leave the dock and tell them what I'm doing for no good reason.

8. I'm a typical charter boat fisherman of long experience and as we are all harmed in the same way by this uniform regulation I'm willing to be a class representative and know enough to direct the attorneys in what our main issues and concerns are as a class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 11/16/20

Frank Ventimiglia