Exhibit F-Declaration of Jim Rinckey

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RIVERS END OUTFITTERS, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *el al.*<br><br>    Defendants. | Case No. 2:20—cv-2312 |

DECLARATION OF CAPTAIN JIM RINCKEY

1.  I, Plaintiff Captain Jim Rinckey am over the age of 18 years old and a resident of Naples, Florida.

2.  I own and operate Plaintiff FISHING CHARTERS OF NAPLES ("Fishing Charters") which is a Florida company organized and operated under the laws of Florida and associated with A&B Charters. I have owned and operated the company for six years and it is federally permitted for 19 passengers and 2 crew to operate in the Gulf of Mexico.

3.  We have Reef Fish and Pelagic permits.

4.  I own and operate Fishing Charters and captains its vessel the *All In*. I also use the vessel for personal use and non-fishing trips.

5.  I am very concerned that if the Gulf For-Hire Reporting Amendment and Final Rule becomes effective, my own movements will be tracked by the government whenever I'm operating the vessel.

6.  In addition, my and my company's proprietary business information such as suppliers used, movements even when not fishing and other location-related information, including for sight-seeing, will be broadcast to the Defendants for no legitimate purpose. There is no prohibition on Defendants sharing this information with other agencies, law enforcement or otherwise, without a warrant as far as the regulations say.

7.  I don't want to buy and install and maintain the equipment the government will force us to purchase to infringe on my own rights.

8.  I brought this suit not only for myself but for others similarly situated.

Page 1 of 2

9. I am willing and able to help direct this suit with my familiarity with the business in the Gulf of Mexico and the charter business in general.

10. I operate a typical charter business and use the *All In* as a typical charter boat owner does. I, like my co-plaintiffs, am particularly concerned with the constant monitoring and even having to call the government every time we leave the dock whether using the fishing permit or not. I am willing to be a class representative to stop this government overreach to every American operating a charter in the Gulf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 11/17/20

Jim Rinckey

Page 2 of 2