Exhibit G-Declaration of John Vecchione

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

RIVERS END OUTFITTERS, LLC, *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF COMMERCE, *el al.*

    Defendants.

Case No. 2:20—cv-2312

DECLARATION OF JOHN J. VECCHIONE, ESQ.

1. I, John. J. Vecchione am over the age of 18 and make this Declaration in support of the Plaintiffs class certification motion and to provide the Court with information regarding NCLA and its attorneys for that motion.

2. I make this Declaration based on personal knowledge as to my background and material from NCLA's records, except for Kara Rollins information which is based on both personal knowledge personal supervision both here and prior employment and from consulting her for this submission.

3. The New Civil Liberties Alliance ("NCLA") is a nonpartisan, nonprofit civil rights organization and public-interest law firm founded to challenge multiple constitutional defects in the modern administrative state through original litigation, *amicus curiae* briefs, and other means.

4. NCLA was founded by Philip Hamburger, the Maurice and Hilda Friedman Professor of Law at Columbia Law School. His publications include, Is Administrative Law Unlawful? (Chicago, 2014).

5. NCLA aims to defend civil liberties—primarily by asserting constitutional constraints on the administrative state. The unconstitutional and unlawful actions of administrative agencies is the object of NCLA's representations. This unconstitutional state within the Constitution's United States is the focus of NCLA's concern.

6. Its Board of Advisors is chaired by retired Judge of the U.S. Court of Appeals Hon. Janice Rodgers Brown and includes, among others, Former Commissioner of the U.S. Commission on Civil Rights Jennifer Braceras.

7. NCLA has, in its three years of existence, represented individuals against the government in courts all over the country including Complaint, Mas Canosa v. City of Coral Gables, 2018-33927-CA-01 (06) (filed Oct. 5, 2018), *available at* https://nclalegal.org/wp-content/uploads/2018/10/Raul-Mas-Canosa-vs.-City-of-Coral-Gables-Florida-Complaint.pdf; *see also* Complaint, Ranchers Cattleman Action Legal Fund United Stockgrowers of America v. United States Dep't of Agriculture, 1:19-cv-00205-NDF (D. Wyo.) (filed Oct. 3, 2019), ECF No. 1.

8. Appearing in this case to represent the proposed class are John J. Vecchione ("I") and Kara Rollins.

9. I will, in December of this year, have been before the Bar of New York for 30 years. I am a member of the Fifth Circuit where this court sits as well as others including the Supreme Court of the United States. I graduated *cum laude* from Georgetown University Law School and clerked for a federal district court judge in the Federal District Court for New Jersey.

10. A Westlaw search reveals I appear in more than a hundred reported decisions (in official reporters or Westlaw) going back to the 1990's. I have appeared in state courts as well.

11. I have tried complex civil cases (more than three week trials) to verdict at least a dozen times.

12. I have experience in mass tort and mass representation having been a member, while at my own firm, of the Plaintiffs Steering Committee ("PSC") for the *Aredia Zometa Products Liability Litigation* from its inception to its wind up. *See In re Aredia Zometa Products Liability Litigation,* No. 3-06-1760, 2011 WL 2182824 *2 (identifying members of the PSC and describing activities in the litigation to that time. In that case a motion for class certification was made but denied. *Id.* at *4.

13. I have been involved in public interest litigation since at least 2016 with the organization Cause of Action, Institute ("CoA") where I was President and CEO, and subsequently with NCLA as a Senior Litigation Counsel.

14. At both CoA and NCLA I have appeared or directed litigation against NOAA and the Department of Commerce regarding their regulations of permit holders. *See Goethal v. U.S. Dept. of Commerce,* 845 F.3d 106 (1st Cir., 2017) (CoA); *Relentless Inc. et. al v. U.S. Department of Commerce et. al.,* 1:20-cv-00108 2020 WL 5016923 (D.RI.) (denying motion to transfer-Mr. Vecchione and Ms. Rollins appearing for plaintiffs).

15. More generally, I have appeared in many cases representing plaintiffs against the federal government in complex litigation. *See* e.g. *Judicial Watch, Inc. v. Kerry,* 844 F.3d 952 (2016); *Limnia, Inc. v. United States Dept. of Energy,* 857 F.3d 379 (2017); *Federal Trade Commission v. D-Link Systems, Inc.,* No. 17-cv-00039 2018 WL 604192 (N.D. Cal.).

16. I procured the *pro bono* appearance of local counsel Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC and its attorneys A. Gregory Grimsal and Kristina M. Lagasse to sponsor me and Ms. Rollins.

17. I investigated this case by speaking to the plaintiffs and other fishermen in the Gulf of Mexico.

18. Ms. Rollins graduated *cum laude* from Catholic University of America's Columbus School of Law in 2014 and then clerked for the Superior Court of New Jersey, Union Vicinage.

19. Since completing her clerkship in 2015, she has focused her practice on administrative law. She has practiced in this area for over a year at NCLA and previously worked on similar matters for over three years at CoA.

20. She is currently serving as counsel in at least four other cases challenging the constitutionality of agency-issued rules as Litigation Counsel at NCLA. *See, e.g., Relentless Inc. et. al v. U.S. Department of Commerce et. al.*, 1:20-cv-00108 2020 WL 5016923 (D.RI.).

21. She tried a case against the government from start to finish as associated counsel. *See FTC v. Vylah Tec, LLC et. al.*, 2:17-cv-228, 2019 WL 8348951 (M.D. Fla.); and see *Federal Trade Commission v. D-Link Systems, Inc.*, No. 17-cv-00039 2018 WL 604192 (N.D. Cal.). She is serving as counsel in at least three other cases challenging the constitutionality of agency-issued rules as Litigation Counsel at NCLA.

22. Given the mission of NCLA and the experience of counsel it is my view we are fully capable of representing the members of the proposed class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 11/19/2020

John J. Vecchione