# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RIVERS END OUTFITTERS, LLC, et al.** | : | Civil Action No. 2:20-cv-2312 |
| *Plaintiffs*, | : | Section "E" (1) |
| v. | : | Judge Susie Morgan |
| **U.S. DEPARTMENT OF COMMERCE, et al.** | : | Magistrate Judge Janis van Meerveld |
| | : | Motion to Certify Class |
| *Defendants*. | : | (Oral Argument Requested) |

## NOTICE OF SUBMISSION

Please take notice that the Motion to Certify a Class filed by Plaintiffs, Captain Billy Wells and Mexican Gulf Shipping Company ("Mexican Gulf"), Captain Allen Walburn and A&B Charters, Inc. ("A&B"), Captain Kraig Dafcik, Captain Joseph Dobin and Captain Joey D. Charters ("Joey D. Charters"), Captain Frank Ventimiglia and Ventimiglia Charters, and Captain Jim Rinckey and Fishing Charters of Naples ("Fishing Charters"), will be submitted to the Honorable Susie Morgan 500 Poydras Street Courtroom C316 New Orleans, La. no later than January 6, 2021 at 9:00 a.m.—but also any time prior thereto, pursuant to Local Rule 5.2.

Dated: November 19, 2020

                                                Respectfully submitted,

                                                **GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC**

                                                By: /s/_____
                                                A. Gregory Grimsal (#06332)
                                                Kristina M. Lagasse (#38310)

201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
Email: ggrimsal@gamb.com
klagasse@gamb.com

**NEW CIVIL LIBERTIES ALLIANCE**

By: /s/ John J. Vecchione
John J. Vecchione
*Admitted pro hac vice*
Kara Rollins
*Admitted pro hac vice*
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Email: john.vecchione@ncla.legal
kara.rollins@ncla.legal

*Counsel for Plaintiffs*