UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEXICAN GULF FISHING COMPANY, ET. AL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, ET. AL, <br><br> Federal Defendants. | CIVIL ACTION NO: 2:20-cv-2312 |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO
CONVENTIONALLY LODGE THE ADMINISTRATIVE RECORD**

**NOW COME** Federal Defendants, U.S. Department of Commerce; Gina Raimondo, in her official capacity as Secretary of the United States Department of Commerce; National Oceanic and Atmospheric Administration (NOAA); Richard W. Spinard, in his official capacity as Administrator of NOAA; National Marine Fisheries Service (NMFS); and Janet Coit, in her official capacity as Assistant Administrator for NMFS, respectfully request that the Court allow Federal Defendants to furnish the Court and Plaintiffs with documents that complete the administrative record conventionally. Due to the voluminous nature of the documents, the administrative record cannot feasibly be electronically filed through the Court's CM/ECF website. Accordingly, good cause exists to exempt Federal Defendants from the requirement to file the documents that complete the administrative record electronically. As such, Federal Defendants request permission to lodge the documents completing the administrative record by mailing copies to the Court and Plaintiffs in lieu of electronic filing. Federal Defendants have already sent copies of the documents to Plaintiffs on June 24, 2021.

Upon granting this Motion, Federal Defendants will promptly file electronically a notice that the documents completing the administrative record were filed conventionally along with an affidavit certifying the contents of the administrative record and an index identifying the documents contained therein. Federal Defendants will also provide the Court with three copies of the documents completing the administrative record – one copy for the case file and a courtesy copy for Judge Morgan's Chambers and Judge Van Meerveld's Chambers.

The undersigned has contacted Plaintiffs' counsel, who does not oppose conventional filing in lieu of electronic filing through the Court's CM/ECF system.

WHEREFORE, Federal Defendants respectfully request the Court grant this unopposed motion to file the documents completing the administrative record in this matter conventionally rather than electronically.

Dated: July 7, 2021

Respectfully submitted,
JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Nicole M. Smith*
NICOLE M. SMITH
Trial Attorney (CA Bar No. 303629)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0368
Nicole.M.Smith@usdoj.gov

SHAMPA A. PANDA
Trial Attorney (CA Bar No. 316218)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0431
shampa.panda@usdoj.gov
Attorneys for Federal Defendants

ELIZABETH CHICKERING
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Tel: (504) 680-3180
Elizabeth.Chickering@usdoj.gov

*Of Counsel:*

MARA LEVY
Attorney-Advisor
Office of the General Counsel
National Oceanic and Atmospheric Administration
U.S. Department of Commerce
263 13th Avenue South
St. Petersburg, FL 33701
Telephone: (727) 824-5302
mara.levy@noaa.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

*/s/ Nicole M. Smith*
NICOLE M. SMITH
Trial Attorney (CA Bar No. 303629)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0368
Nicole.M.Smith@usdoj.gov

*Attorney for Federal Defendants*