IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEXICAN GULF FISHING COMPANY,** *et al.* | : | Civil Action No. 2:20-cv-2312 |
| | : | Section "E" (1) |
| *Plaintiffs*, | : | Judge Suzie Morgan |
| v. | : | Magistrate Judge Janis Van Meerveld |
| **U.S. DEPARTMENT OF COMMERCE,** *et al.* | : | |
| *Defendants*. | : | |

### ORDER

Considering the foregoing Unopposed Motion to Amend or Alter Class Certification and To Confirm Class Counsel filed by Plaintiffs,

IT IS ORDERED that the unopposed Motion is hereby GRANTED.

IT IS FURTHER ORDERED that this action may be maintained as class action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, in as much as Defendants have acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole.

IT IS FURTHER ORDERED that Mr. A. Gregory Grimsal from Gordon, Arata, Montgomery, Barret, McCollam, Duplantis & Eagan, LLC and Mr. John J. Vecchione from the New Civil Liberties Alliance shall act as class counsel in this case.

**New Orleans, Louisiana, this 7th day of July, 2021.**

_____
UNITED STATES DISTRICT JUDGE