UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEXICAN GULF FISHING COMPANY, ET AL.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2312** |
| **U.S. DEPARTMENT OF COMMERCE, ET AL.,**<br>    **Defendants** | **SECTION: "E" (1)** |

# ORDER

The impact of Hurricane Ida has affected the deadlines as provided in the Amended Briefing Order.[1] Accordingly;

**IT IS ORDERED** that a telephone conference is hereby set for **Friday, September 24, 2021,** at **2:00 p.m.** The Court will provide all counsel with the call-in instructions necessary to participate in this conference.

**New Orleans, Louisiana, this 16th day of September, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 72.