UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RIVERS END OUTFITTERS, LLC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, ET AL., <br><br> Federal Defendants. | No. 2:20-cv-2312 |

**Federal Defendants' Cross-Motion for Summary Judgment**

Federal Defendants submit this cross-motion for Summary Judgment on all counts of the First Amended Complaint, ECF No. 54, pursuant to the Federal Rules of Civil Procedure 56. An accompanying memorandum in support of this motion and a Statement of Undisputed Facts and Response to Plaintiff's Statement of Undisputed Facts is submitted with this motion.

Dated: September 24, 2021

    Respectfully submitted,
    TODD KIM
    Assistant Attorney General
    U.S. Department of Justice
    Environment & Natural Resources Division

    */s/ Shampa A. Panda*
    SHAMPA A. PANDA
    Trial Attorney (CA Bar No. 316218)
    Wildlife & Marine Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, DC 20044-7611
    Tel: (202) 305-0431
    shampa.panda@usdoj.gov

    NICOLE M. SMITH

Trial Attorney (CA Bar No. 303629)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0368
Nicole.M.Smith@usdoj.gov

ELIZABETH CHICKERING
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Tel: (504) 680-3180
Elizabeth.Chickering@usdoj.gov

*Of Counsel:*

MARA LEVY
Attorney-Advisor
Office of the General Counsel
National Oceanic and Atmospheric Administration
U.S. Department of Commerce
263 13th Avenue South
St. Petersburg, FL 33701
Telephone: (727) 824-5302
mara.levy@noaa.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                             /s/ Shampa A. Panda