IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEXICAN GULF FISHING COMPANY**, *et al.*, | : | |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **U.S. DEPARTMENT OF COMMERCE**, *et al.*, | : | Civil Action No. 2:20-cv-2312 |
| | : | |
| | : | Notice of Appeal |
| | : | |
| | : | Judge Suzie Morgan |
| | : | |
| | : | Magistrate Judge Janis Van Meerveld |
| | : | |
| *Defendants*. | : | |

**NOTICE OF APPEAL**

Notice is hereby given that, Captain Billy Wells and Mexican Gulf Shipping Company ("Mexican Gulf"), Captain Allen Walburn and A&B Charters, Inc. ("A&B"), Captain Kraig Dafcik, Captain Joseph Dobin and Captain Joey D. Charters ("Joey D. Charters"), Captain Frank Ventimiglia and Ventimiglia Charters, and Captain Jim Rinckey and Fishing Charters of Naples ("Fishing Charters"), Plaintiffs in the above-entitled action, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order denying their motion for summary judgment and granting defendants motion for summary judgment, dated February 28, 2022 and docketed as ECF 94.

Dated: March 2, 2022

    Respectfully submitted,

**GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC**

By: /s/_____
A. Gregory Grimsal (#06332)
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
Email: ggrimsal@gamb.com

**NEW CIVIL LIBERTIES ALLIANCE**

By: /s/ John J. Vecchione
John J. Vecchione
*Admitted pro hac vice*
Sheng Li
*Admitted pro hac vice*
Kara M. Rollins
*Admitted pro hac vice*
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Email: john.vecchione@ncla.legal
sheng.li@ncla.legal

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 2nd day of March, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

    /s/ John J. Vecchione
    John J. Vecchione