UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEXICAN GULF FISHING COMPANY, ET AL.,** Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2312** |
| **U.S. DEPARTMENT OF COMMERCE, ET AL.,** Defendants | **SECTION: "E" (1)** |

## JUDGMENT

Considering the Court's Order and Reasons dated February 28, 2022;[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants the U.S. Department of Commerce; the National Oceanic and Atmospheric Administration; the National Marine Fisheries Service; Gina Raimondo in her official capacity as Secretary of Commerce; Richard W. Spinard in his official capacity as Administrator of the National Oceanic and Atmospheric Administration; and Janet Coit in her official capacity as Assistant Administrator of the National Oceanic and Atmospheric Administration and against Plaintiffs Billy Wells; Mexican Gulf Shipping Co.; Allen Walburn; A&B Charters, Inc.; Kraig Dafcik; Joseph Dobin; Joey D. Charters; Frank Ventimiglia; Ventimiglia Charters; Jim Rinckey; and Fishing Charters of Naples, on behalf of themselves and the class they represent, upholding the Final Rule[2]

---

[1] R. Doc. 94.
[2] Fisheries of the Caribbean, Gulf of Mexico, and South Atlantic; Electronic Reporting for Federally Permitted Charter Vessels and Headboats in Gulf of Mexico Fisheries, 85 Fed. Reg. 44,005, 44,005, 44,0011 (July 21, 2020) (to be codified at 50 C.F.R. pt. 622).

2

implementing the Gulf For-hire Reporting Amendment as valid under the U.S. Constitution and relevant statutes.

**New Orleans, Louisiana, this 2nd day of March, 2022.**

                                                        **SUSIE MORGAN**
                                  **UNITED STATES DISTRICT JUDGE**